UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MILTON K. SANDERS,

        Petitioner,

v.

JOHN KING, Warden of MCF Stillwater,

        Respondent.

Civil No. 08-3406 (DSD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's petition for a writ of habeas corpus, (Doc. No. 1), is summarily **DENIED**;

2. This action is **DISMISSED WITH PREJUDICE**.

Dated: July 28, 2008

        s/David S. Doty
        DAVID S. DOTY
        United States District Judge